# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **TACARLOS ANTIGO MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:07CV415** |
| | ) | |
| **DON G. WOOD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice and without the assessment of costs.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: March 4, 2008